UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ANTHONY VIVEROS, <br><br> Defendant. | Case No.: ED09CR00161-VAP-23 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

and/or

1 B. ()   The defendant has not met his/her burden of establishing by clear and
2         convincing evidence that he/she is not likely to pose a danger to the safety
3         of any other person or the community if released under 18 U.S.C. §
4         3142(b) or (c). This finding is based on the following:
5         ( ) information in the Pretrial Services Report and Recommendation
6         ( ) information in the violation petition and report(s)
7         ( ) the defendant's nonobjection to detention at this time
8         ( ) other: _____

10 IT THEREFORE IS ORDERED that the defendant be detained pending the further
11 revocation proceedings.

13 DATED: AUGUST 16, 2017

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE